IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:23-CR-40010-001 |
| ) | |
| ARNULFO MARTINEZ-MARTINEZ ) | |

**FINAL ORDER OF FORFEITURE**

On February 21, 2024, the Court entered a Preliminary Order of Forfeiture in this case (hereinafter the "Preliminary Order"), in accordance with Fed. R. Crim. P. 32.2(b). (Doc. 23). In the Preliminary Order, a Ruger P94 .40 caliber semi-automatic pistol bearing serial number 340-98563, with one (1) accompanying black ammunition magazine, and a German Sport Guns GSG-1911 .22LR caliber semi-automatic pistol bearing serial number A545721, with one (1) accompanying black ammunition magazine, (hereinafter collectively the "Property") was forfeited to the United States pursuant to Title 18 U.S.C. § 2253, incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of the Preliminary Order, pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On June 4, 2024, an attorney for the United States filed a Notice of Proof of Publication in this matter (Doc. 31), showing that, for 30 days, notice of the Preliminary Order was advertised on www.forfeiture.gov. The deadline for filing claims as to the Property was June 1, 2024. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a preliminary order of forfeiture becomes final as to a defendant at the time of sentencing.

1

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That, based upon the guilty plea and the plea agreement of the parties, and pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 21, 2024, (Doc. 23) shall become final at this time.

IT IS SO ORDERED this 19th day of August, 2024.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE